IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KAREN S. MONDEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | NO. 5:11-CV-361 (CAR) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| | : | SOCIAL SECURITY APPEAL |
| Defendant. | : | |
| _____ | : | |

## RECOMMENDATION

THIS CAUSE is before the Court upon the unopposed motion of Defendant to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, it is RECOMMENDED that the decision of the Commissioner be reversed under sentence four of 42 U.S.C. § 405(g) and this case be remanded to the Commissioner of Social Security for the administrative law judge to:

- Evaluate the claimant's past work as a price marker and determine if it was performed at the substantial gainful activity level;

- Determine if the claimant can perform any of her past relevant work;

- Consider whether there are other jobs in the national economy that the claimant can perform; and

- Further consider the claimant's residual functional capacity.

The Clerk of Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this RECOMMENDATION whit the district judge to whom this case is assigned WITHIN FOURTEEN (14) DAYS after being served with a copy thereof.

**SO RECOMMENDED**, this 27th day of December, 2011.

        s/ Charles H. Weigle_____
        Charles H. Weigle
        United States Magistrate Judge