IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KAREN S. MONDEY, | : | |
| | : | |
| Plaintiff, | : | CASE NO. |
| v. | : | 5:11-CV-361 (CAR) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant. | : | |

_____

ORDER ON THE RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 13] to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g).  No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge.  The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.**  This action is hereby **REMANDED** to the Commissioner for further consideration.

SO ORDERED, this 20th day of January, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES